UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHRISTOPHER WEDEL, | ) | 1:06-CV-1281 WMW HC |
| Petitioner, | ) | |
| v. | ) | ORDER GRANTING EXTENSION OF TIME TO FILE ANSWER (DOCUMENT #16) |
| D. L. RUNNELS, | ) | |
| Respondent. | ) | |

    Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On June 27, 2007, respondent filed a motion to extend time to file an answer to the petition for writ of habeas corpus. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    Respondent is granted thirty days from the date of service of this order in which to file its answer. IT IS SO ORDERED.

**Dated:   August 1, 2007**          /s/  **William M. Wunderlich**
                                                                         UNITED STATES MAGISTRATE JUDGE