IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER WEDEL, | 1:06-cv-01281 WMW (HC) |
| Petitioner, | ORDER GRANTING EXTENSION OF TIME TO FILE A TRAVERSE |
| vs. | (DOCUMENT #22) |
| D.L. RUNNELS, | THIRTY DAY DEADLINE |
| Respondent. | |

Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On September 5, 2007, petitioner filed a motion to extend time to file a traverse. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file a traverse.

IT IS SO ORDERED.

**Dated:   September 18, 2007**          /s/  **William M. Wunderlich**
                                                    UNITED STATES MAGISTRATE JUDGE