IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER WEDEL, | 1:06-CV-1281-WMW-HC |
| Petitioner, | ORDER VACATING ORDERS OF NOVEMBER 2, 2006 |
| | (DOCUMENTS #6, 7, 8) |
| vs. | |
| D. L. RUNNELS, | ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |
| Respondent. | (DOCUMENT #5) |

Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus action pursuant to 28 U.S.C. § 2254.

On October 11, 2006, the court issued an order for petitioner to submit an application to proceed in forma pauperis or pay the $5.00 filing fee. On October 23, 2006, petitioner complied with the court's order and filed his application to proceed in forma pauperis. On November 2, 2006, the court granted the petitioner's application to proceed in forma pauperis. However, the court inadvertently required petitioner to pay the statutory filing fee of $350.00 for this action.[1] Examination of petitioner's document (Document 5) reveals that petitioner is unable to afford the

---

[1] The statutory filing fee for all civil actions except applications for writs of habeas corpus is $350.00, except that on application for a writ of habeas corpus the filing fee shall be $5.00.

1

costs of this action. Accordingly, the court shall vacate its orders of November 2, 2006, and direct the Director of the California Department of Corrections not to send any payments to the court from petitioner's inmate trust account for the filing fee. Petitioner's motion to proceed in forma pauperis is GRANTED. 28 U.S.C. § 1915.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's application to proceed in forma pauperis is GRANTED.

2. The court's orders of November 2, 2006, (Documents 6, 7 and 8) are hereby VACATED.

3. The California Department of Corrections is directed to discontinue sending any payments to the court from plaintiff's prison trust account for the filing fee for this action; and

A. The Clerk of Court shall serve a copy of this order on:

(1) the Director of the California Department of Corrections, 1515 S Street, Sacramento, California 95814, and

(2) the Financial Department, U.S. District Court, Eastern District of California, Fresno Division.

IT IS SO ORDERED.

**Dated:   September 20, 2007**         /s/ William M. Wunderlich
                                        UNITED STATES MAGISTRATE JUDGE